# CHANGE OF ADDRESS FORM

Debtor's Name: Brandon L. Scott

Joint Debtor's Name: _____

Case Number: 19-12729

## New Mailing Address

Address: 2112 Old Taylor Road D6

City, State, Zip: Oxford MS 38655

## New Physical Address

Address: 2112 Old Taylor Road D6

City, State, Zip: Oxford MS 38655

Since the date of filing the petition in this bankruptcy proceeding, I/we have changed either my/our mailing address and/or physical address. By signing below, I verify that the information provided above is the true and correct.

Debtor's Signature: _[signed]_    Date: 09/11/19

Joint Debtor's Signature: _____    Date: _____